CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:  (916) 325-2100
Facsimile:  (916) 325-2120
Email:      carostegui@beesontayer.com

Attorneys for Plaintiff Trustees On Behalf of Supplemental Income 401(k) Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOLDEN WEST ENVELOPE CORPORATION,<br><br>                    Defendant. | Case No. 16-CV-01151-MEJ<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF'S EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

Having considered Plaintiff's Ex Parte Motion and Declaration of Catherine E. Arostegui in support thereof, the Court finds good cause exists to continue the Case Management Conference and corresponding dates as follows:

1.  The Case Management Conference will be continued from June 9, 2016 at 10:00 a.m. in Courtroom B of the San Francisco Courthouse until August 11, 2016 at 10:00 a.m. in Courtroom B of the San Francisco Courthouse.

2.  The Rule 26(f) Report, Initial Disclosures and Case Management Conference Statement filing deadline will be continued from June 2, 2016 to August 4, 2016.

**IT IS SO ORDERED.**

Dated: May 23, 2016                    By: _____
                                            THE HONORABLE MARIA-ELENA JAMES
                                            United States Magistrate Judge

[PROPOSED] ORDER RE PLAINTIFF'S EX PARATE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 16-cv-01151-MEJ

591277.docx

1