UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(K) PLAN,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN WEST ENVELOPE CORPORATION,<br><br>Defendant. | Case No. 16-cv-01151-MEJ<br><br>**STATUS ORDER** |

This matter is currently scheduled for a Case Management Conference on August 11, 2016. However, as no case management statement has been filed, the Court VACATES the conference and ORDERS Plaintiff to file a status report by August 15, 2016.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge