CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: carostegui@beesontayer.com

Attorneys for Plaintiff Trustees on Behalf of Supplemental Income 401(k) Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN WEST ENVELOPE CORPORATION,<br><br>Defendant. | Case No. 16-CV-01151-MEJ<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND ORDER** |

WHEREAS Plaintiff Trustees on Behalf of Supplemental Income 401(k) Plan (Plaintiff) and Defendant Golden West Envelope Corporation (Defendant) (hereafter "the parties") acknowledge that Defendant has paid the delinquent contributions owed to Plaintiff for the periods ending April 30, 2014 through December 31, 2015 and currently owes contributions for the periods ending January 31, 2016 through June 30, 2016, as well as liquidated damages, interest, costs and attorney fees:

THE PARTIES STIPULATE AND AGREE that the Court may render judgment in favor of Plaintiff and against Defendant in the sum of $6,125.10 as follows:

1. Liquidated damages in the amount of $553.00 for late payment of contributions owed by Defendant for the periods ending April 30, 2014 through December 31, 2015;

2. Interest in the amount of $411.44;

3. Costs in the amount of $513.15; and

4. Attorneys' fees in the amount of $4,647.51.

IT IS FURTHER STIPULATED and agreed by the parties that although the full judgment amount is due and payable to Plaintiff as of the date of entry of judgment with the Court, Plaintiff will accept payment in five (5) monthly installment payments and will not execute on the judgment so long as Defendant fully complies with the following conditions:

1. Defendant may pay this judgment in full by making five (5) installment payments totaling $6,125.10. The first payment, in the amount of $612.50, is due on August 5, 2016, and the four (4) remaining installment payments, each in the amount of $1,378.15, shall be due on the 5th day of each succeeding month as follows:

| | DUE DATE | AMOUNT DUE |
|---|---|---|
| 1. | August 5, 2016 | $ 612.50 |
| 2. | September 5, 2016 | $1,378.15 |
| 3. | October 5, 2016 | $1,378.15 |
| 4. | November 5, 2016 | $1,378.15 |
| 5. | December 5, 2016 | $1,378.15 |

2. Each of said payments shall be made by check payable to Supplemental Income 401(k) Plan and sent to Beeson, Tayer & Bodine, APC, 520 Capitol Mall, Suite 300, Sacramento, CA 95814, Attention: Catherine Arostegui.

3. All payments shall be timely if they are received by Beeson, Tayer & Bodine no later than the due dates set forth above. Any payment received after the due date shall incur a ten percent (10%) late fee on that installment payment. Default shall occur if any payment is more than ten (10) days late.

4. Defendant agrees to make payment of all delinquent contributions owed for the periods ending January 31, 2016 through June 30, 2016, no later than July 31, 2016, and then remain current with all monthly contributions owed to Plaintiff, commencing with the period ending July 31, 2016, in accordance with normal Trust Fund rules and deadlines.

///
///

5. Defendant acknowledges that the delinquent contributions owed for the periods ending January 31, 2016 through June 30, 2016 are late, so Defendant will be assessed and billed for liquidated damages and interest by Plaintiff.

IT IS FURTHER STIUPLATED and agreed by the parties that if, for any reason, any payment under the terms of this Stipulation is not made within ten (10) days of its due date, Plaintiff may, at its option, execute on the entire $6,125.10 Judgment, less any payments already made by Defendant to Plaintiff.

Dated: July 28, 2016.

BEESON, TAYER & BODINE, APC

By: _____
CATHERINE E. AROSTEGUI
Attorneys for Trustees on Behalf of
Supplemental Income 401(k) Plan

Dated: July 28, 2016.

By: _____
RAYMOND MAZUR, Owner
Golden West Envelope Corporation

**IT IS SO ORDERED.**

Dated: ~~July ____, 2016.~~ August 11, 2016

By: _____

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James)*